# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. JONES, | ) |
| Petitioner, | ) |
| v. | ) No. 4:10CV1331 DDN |
| CHRIS KOSTER, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Because "it plainly appears from the petition . . . that the petitioner is not entitled to relief," the Court will dismiss the petition. Rule 4 of the Rules Governing § 2254 Cases.

Before federal habeas relief can be granted, a person in state custody is required to exhaust available state remedies. 28 U.S.C. § 2254(b)(1). In this case, petitioner states that he has not yet been convicted or sentenced. A writ of habeas corpus under § 2254 cannot be brought until petitioner has received a judgment from the state court and then exhausted all of his state court remedies to either appeal the judgment or seek to have it overturned. See 28 U.S.C. § 2254. Thus, at the present time, petitioner has no remedy under § 2254. As a result, the instant habeas petition shall be dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this 29th day of July, 2010.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE